UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:11-cr-252 |
| | ) | |
| v. | ) | Honorable Robert J. Jonker |
| | ) | |
| ITZAMNA ESQUIVEL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER OF DETENTION PENDING TRIAL

Defendant appeared before me, with counsel, on December 19, 2012, for a hearing

pursuant to the District Judge's order of October 25, 2011.  (docket # 21).  In light of defendant's

unexplained and unexcused failure to appear for the final pretrial conference and his failure to report

to the Pretrial Services Officer in the intervening fourteen months, I find that there are no conditions

of bond that will adequately assure his appearance at trial.  Therefore:

IT IS ORDERED that defendant is committed to the custody of the Attorney General

pending trial.


DONE AND ORDERED this 20th day of December, 2012.


/s/  Joseph G. Scoville
United States Magistrate Judge